RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __11/9/06__
BY _____

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| GLEN C. OSBORNE | CIVIL ACTION NO. 00-1338-A |
| -vs- | JUDGE DRELL |
| BURL CAIN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For written reasons given this date, Mr. Osborne's Application for a Writ of

*Habeas Corpus* under 28 U.S.C. § 2254 is DENIED and DISMISSED WITH

PREJUDICE.

SIGNED on this ___ day of November, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE